UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24097-DPG

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

FLAGLER WEST CORPORATE CENTER
LLC, and COOPER HOSPITALITY
GROUP LLC D/B/A FONDA SABANETA,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NIGEL FRANK DE LA TORRE PARDO and Defendants FLAGLER WEST CORPORATE CENTER LLC, and COOPER HOSPITALITY GROUP LLC D/B/A FONDA SABANETA, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action. The parties expect to submit appropriate settlement/dismissal papers within thirty (30) days.

Dated: December 9, 2024                  Respectfully submitted,

| | |
|---|---|
| *s/ Anthony J. Perez* | *s/ Adam S. Chotiner*[1] |
| Anthony J. Perez, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 535451 | FL Bar No. 0146315 |
| Anthony J. Perez Law Group, PLLC | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 7950 W. Flagler Street, Suite 104 | 7777 Glades Road, Suite 400 |
| Miami, FL 33144 | Boca Raton, FL 33434 |
| Tel: (786) 361-9909 | Tel: (561) 477-7800 |
| Fax: (786) 687-0445 | Fax: (561) 477-7752 |
| E-Mail: ajp@ajperezlawgroup.com | E-Mail: achotiner@sbwh.law |
| Attorneys for Plaintiff | Attorneys for Defendants |

---

[1] Anthony J. Perez has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Nigel Frank De La Torre Pardo v. Flagler West Corporate Center LLC, et al.*
Case No. 1:24-cv-24097-DPG
United States District Court, Southern District of Florida

| | |
|---|---|
| Anthony J. Perez, Esq.<br>E-Mail: ajp@ajperezlawgroup.com<br>Anthony J. Perez Law Group, PLLC<br>7950 W. Flagler Street, Suite 104<br>Miami, Florida 33144<br>Tel: (786) 361-9909<br>Fax: (786) 687-0445<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |