UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24097-DPG

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

FLAGLER WEST CORPORATE CENTER
LLC, and COOPER HOSPITALITY
GROUP LLC D/B/A FONDA SABANETA,

    Defendants.
_____/

## ORDER APPROVING AND ENTERING CONSENT DECREE
## AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice. The Court, having reviewed the Joint Motion and the Consent Decree attached to the Joint Motion as Exhibit "A," and being advised fully in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1. The Court finds the Consent Decree to be fundamentally fair, adequate and reasonable to improve and provide access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq.

2. The Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice is **GRANTED.**

3. The Court **APPROVES and ADOPTS** the Consent Decree, and pursuant to Fed.

R. Civ. P. 54, the Consent Decree is hereby **ENTERED** and this action is **DISMISSED WITH PREJUDICE**.

4. The Court shall retain jurisdiction to enforce the Consent Decree and to monitor and enforce compliance with the terms of the Consent Decree to the extent necessary.

5. Each party to the Consent Decree shall bear their own attorney's fees and costs except as detailed in the Consent Decree.

6. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot, and the Clerk is directed to **CLOSE** this action.

**DONE AND ORDERED** in Chambers at Miami-Dade, Florida, this 2nd day of January, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record